No. 88–1388.   LO SHIPPERS ACTION COMMITTEE v. INTERSTATE COMMERCE COMMISSION ET AL.   C. A. D. C. Cir.   Certio-

rari denied.